ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| HWA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 07- 07-615 C |

FILED
AUG 20 2007
U.S. COURT OF FEDERAL CLAIMS

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Appendix C, ¶III of the Rules of Federal Claims ("RCFC"), plaintiff HWA, Inc. ("HWA") hereby moves the Court for leave to file under seal the following documents submitted contemporaneously with this motion:

1. Complaint for Injunctive, Declaratory, and Monetary Relief;

2. Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction; and

3. Declaration of Barbara Wood in Support of Plaintiff's Motion for Preliminary Injunction.

These documents contain confidential, proprietary information, and/or competition-sensitive information of HWA and potentially other bidders relating to the Request for Quotes No. 62949, the procurement that is the subject of this action. HWA has filed a motion for a protective order that would establish procedures for the protection of confidential, proprietary and competition-sensitive information.

In accordance with RCFC Appendix C, ¶III.6, confidential, proprietary, or competition-sensitive information contained in the documents has been marked by lightly shading the

protected text. HWA has also filed proposed redacted versions of the documents suitable for public release.

Dated this 17th day of August, 2007.

Respectfully submitted,

HWA, Inc.,

By: 

Mark G. Jackson, WSBA 18325
GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, WA 98101
206-464-3939
206-464-0125 (fax)

Counsel of Record for Plaintiff HWA, Inc.

Of Counsel:

Richard D. Gluck
GARVEY SCHUBERT BARER
1000 Potomac Street N.W., Suite 500
Washington, D.C. 20007
(202) 965-7880
(202) 965-1729 (fax)