ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| HWA, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 07- 07-615 C |

FILED
AUG 2 0 2007
U.S. COURT OF FEDERAL CLAIMS

## MOTION FOR PROTECTIVE ORDER

Pursuant to Appendix C, ¶VI of the Rules of the Court of Federal Claims ("RCFC"), plaintiff HWA, Inc. ("HWA") hereby moves the Court for the issuance of a protective order in this case. Confidential, proprietary, and competition-sensitive information of HWA and potentially other offerors appears in HWA's Complaint for Injunctive, Declaratory, and Monetary Relief, in its Memorandum in Support of Motion for Preliminary Injunction, and in the Declaration of Barbara Wood in Support of Plaintiff's Motion for Preliminary Injunction, all of which have been filed under seal contemporaneously with this motion. In accordance with RCFC Appendix C, ¶III.6, confidential, proprietary, or competition-sensitive information contained in the document has been marked by lightly shading the protected text. HWA has also filed proposed redacted versions of those documents suitable for public release.

Future filings in this matter are also likely to contain confidential, proprietary, and competition-sensitive information of HWA and potentially other bidders relating to Request for Quotes No. 62949, which resulted in the award of BPA No. HSCEG1-07-A-00011, the procurement that is the subject of this action. Accordingly, HWA requests that the Court issue a

protective order substantially identical or similar to the sample order in the RCFC Appendix of Forms, Form 8.

Dated this 17th day of August, 2007.

Respectfully submitted,

HWA, Inc.,

By: ______________________

Mark G. Jackson, WSBA 18325
GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, WA 98101
206-464-3939
206-464-0125 (fax)

Counsel of Record for Plaintiff HWA, Inc.

Of Counsel:

Richard D. Gluck
GARVEY SCHUBERT BARER
1000 Potomac Street N.W., Suite 500
Washington, D.C. 20007
(202) 965-7880
(202) 965-1729 (fax)

SEA_DOCS:859480.1 [13305-00500]