ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
AUG 20 2007
U.S. COURT OF FEDERAL CLAIMS

HWA, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 07-

07-615 C

## RULE 7.1 DISCLOSURE STATEMENT

HWA, Inc. is a privately held company with no parent. No publicly held company owns 10% or more of HWA's stock.

Dated this 17th day of August, 2007.

Respectfully submitted,

HWA, Inc.,

By: [signature]

Mark G. Jackson, WSBA 18325
GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, WA 98101
206-464-3939
206-464-0125 (fax)

Counsel of Record for Plaintiff HWA, Inc.

Of Counsel:

Richard D. Gluck
GARVEY SCHUBERT BARER
1000 Potomac Street N.W., Suite 500
Washington, D.C. 20007
(202) 965-7880
(202) 965-1729 (fax)

SEA_DOCS:859480.1 [13305-00500]

SEA_DOCS:859697.1 [13305-00500]