**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HWA, INC., | ) | |
| | ) | Bid Protest |
| Plaintiff, | ) | |
| | ) | No. 07-615-GWM |
| v. | ) | |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of DEVIN A. WOLAK as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Devin A. Wolak
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530 (20005 for overnight)

Attention: Classification Unit
8th Floor

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-0170
Fax: (202) 514-8624

August 21, 2007

CERTIFICATE OF FILING

I hereby certify that on August 21, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK