# In the United States Court of Federal Claims

| | |
|---|---|
| HWA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>WACKENHUT SERVICES, INC.,<br><br>Defendant-Intervenor. | **No. 07-615 C**<br><br>**Filed August 22, 2007** |

**ORDER**

The Court and counsel for plaintiff, defendant, the awardee (Wackenhut Services, Inc.), and the agency (Department of the Interior) participated in an initial telephonic scheduling conference in this post-award bid protest action on Tuesday, August 21, 2007. Consistent with the discussion at that conference, the Court does hereby **ORDER** that:

1) Plaintiff's motion for leave to file its complaint and its memorandum and declaration of Barbara Wood in support of its motion for preliminary injunction under seal (docket entry 7) is **GRANTED**.

2) Plaintiff's motion for protective order (docket entry 8) is **GRANTED**; the Court will enter a protective order today, along with an order authorizing electronic filing of sealed documents.

3) Wackenhut Services, Inc., the awardee, is granted leave to intervene in this action on the side of defendant.

4) Defendant shall file and serve the administrative record ("AR") relating to the award of Blanket Purchase Agreement No. HSCEGI-07-A-00011 by **5 p.m. EDT on Tuesday, August 28, 2007.** Defendant may file and served the AR in paper form or on CD-ROM.

5) If plaintiff wishes to contest the adequacy of the AR, plaintiff's counsel shall notify chambers and opposing counsel by **5 p.m. EDT on Wednesday, August 29**, **2007**, and the Court will arrange a telephonic conference among counsel to consider plaintiff's position and its impact, if any, on the briefing schedule set forth herein.

6) The parties shall file and serve cross-motions for judgment on the AR pursuant to Rule 52.1 of the Rules of the United States Court of Federal Claims ("RCFC") by **5 p.m. EDT on Friday, September 7, 2007.**

7) The parties shall file and serve oppositions to the motions of their adversaries by **5 p.m. EDT on Wednesday, September 19, 2007.**

8) The Court will hold a hearing on the parties' cross-motions on **Monday, September 24, 2007 at 10 a.m. EDT at the National Courts Building, 717 Madison Place**, **N.W., Washington, D.C.**

As the foregoing schedule indicates, and as the Court stated at the preliminary scheduling conference, the Court contemplates issuing its ruling on the merits prior to noon EDT on the last business day (Friday, September 28, 2007) before the awardee is to commence performance on Monday, October 1, 2007. The Court contemplates that the hearing on September 24 will effectively combine the hearing on the motion for preliminary injunction with the trial on the merits. *See* RCFC 65(a)(2). If the foregoing schedule is delayed, or in the event of unforeseen circumstances, the Court may issue its ruling on plaintiff's motion for a preliminary injunction prior to noon EDT on Friday, September 28, 2007 and defer ruling on the parties' cross-motions for judgment on the AR until a later date.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge