# In the United States Court of Federal Claims

No. 07-615C
Filed August 22, 2007

HWA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

WACKENHUT SERVICES, INC.,

Defendant-Intervenor.

**ORDER**

**AUTHORIZING ELECTRONIC FILING OF SEALED DOCUMENTS**

Pursuant to General Order 42A, the parties are hereby authorized to file sealed documents electronically.

s/ George W. Miller
GEORGE W. MILLER
Judge