# In the United States Court of Federal Claims

HWA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

WACKENHUT SERVICES, INC.,

Defendant-Intervenor.

**No. 07-615 C**

**Filed August 23, 2007**

## ORDER

On August 22, 2007, plaintiff HWA, Inc. ("HWA") filed and served an application for access to information under protective order by Mark G. Jackson (docket entry 14), outside counsel to HWA. Mr. Jackson is an attorney with the law firm of Garvey Schubert Barer and is a member of the bar of the United States Court of Federal Claims. Mr. Jackson functions solely as legal counsel for HWA and is not involved in competitive decision-making.

Under the protective order (docket entry 12), paragraph 2(a)(i), legal counsel for a party to the lawsuit is to have access to the protected information covered by the protective order. Therefore, HWA's application is **GRANTED**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge