**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HWA, INC., Plaintiff, v. THE UNITED STATES, Defendant, and WACKENHUT SERVICES, INC., Defendant-Intervenor. | ) | No. 07-615 C |

**RULE 7.1 DISCLOSURE STATEMENT OF INTERVENOR DEFENDANT WACKENHUT SERVICES, INC.**

Defendant-Intervenor Wackenhut Services, Inc. respectfully submits its Disclosure Statement pursuant to Rule 7.1 of the United States Court of Federal Claims.

Wackenhut Services, Inc., a Florida Corporation, is a wholly-owned subsidiary of The Wackenhut Corporation, also a Florida Corporation. The Wackenhut Corporation, in turn, is ultimately owned by Group 4 Securicor plc through various intermediate subsidiaries and other entities. Shares of Group 4 Securicor plc, a public limited company organized under the laws of the United Kingdom, are listed on the London Stock Exchange and the Copenhagen Stock Exchange.

Respectfully submitted,

______________________________

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6094; 202.857.6395 (FAX)
goodrich.bill@arentfox.com
Attorney for Defendant-Intervenor
Wackenhut Services, Inc.

Dated: August 24, 2007