**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HWA, INC., Plaintiff, v. THE UNITED STATES, Defendant, and WACKENHUT SERVICES, INC., Defendant-Intervenor. | No. 07-615 C |

**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE OR INSIDE COUNSEL**

1. I, Richard J. Webber, hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I am a member of the bar of the United States Court of Federal Claims (the Court).

3. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decision making as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do

not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

4. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

> Craig S. King, a Partner of Arent Fox LLP, serves as outside General Counsel for Defendant-Intervenor Wackenhut Services, Inc. ("WSI"). WSI is only one of the many clients he represents, and Mr. King maintains his office on a full-time basis at the Arent Fox offices in Washington, D.C. He attends WSI quarterly Board meetings, generally held in Florida. Mr. King does not provide advice in matters of competitive decision-making, but at the Board meetings he may be present for discussions of matters falling under that rubric.
>
> Arent Fox has established a "Firewall" to ensure that Mr. King has no exposure to any protected information submitted in this protest. The "Firewall" has been implemented pursuant to a memorandum issued by Arent Fox Managing Partner William Charyk, which is available to the Court and the parties upon request.
>
> Mr. King's office within the Firm is not adjacent or near to the offices of Mr. Webber. No difficulty is presented in keeping all documents secure from Mr. King's view. And, as stated in the "Firewall" memorandum, Mr. King will be excluded from any discussion of the protest.
>
> Moreover, arrangements have been made to exclude Mr. King and others not authorized to have access to protected information from access to the computer directories or work spaces that will contain protected information in this matter.
>
> Arent Fox attorneys other than Mr. King have been admitted to GAO protective orders in protests involving Wackenhut Services, Inc. on the basis of similar arrangements in past protest matters.

5. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. **None.**

6. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, had admission revoked, or have been found to have violated a protective order issued by any administrative or judicial tribunal: **None.**

7. I have read the Protective Order issued by the court in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

8. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above are true and correct.

s/ Richard J. Webber
Signature

8/27/07
Date Executed

Richard J. Webber, Partner
Typed Name and Title

202-857-6254
Telephone Number

202-857-6395
Fax Number

s/ William W. Goodrich, Jr. 8/27/07

Signature of Attorney of Record Date Executed

William W. Goodrich, Jr.

Typed Name and Title

202.857.6094

Telephone Number

202.857.6395

Fax Number