# In the United States Court of Federal Claims

| | |
|---|---|
| HWA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>WACKENHUT SERVICES, INC.,<br><br>Defendant-Intervenor. | **No. 07-615 C**<br><br>**Filed August 27, 2007** |

## ORDER

On August 27, 2007, defendant-intervenor Wackenhut Services, Inc. ("WSI") filed and served an application for access to information under protective order by Richard J. Webber (docket entry 22), outside counsel to WSI. Mr. Webber is an attorney with the law firm of Arent Fox LLP and is a member of the bar of the United States Court of Federal Claims. Mr. Webber functions solely as legal counsel for WSI and is not involved in competitive decision-making.

Under the protective order (docket entry 12), paragraph 2(a)(i), legal counsel for a party to the lawsuit is to have access to the protected information covered by the protective order. Therefore, WSI's application is **GRANTED**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge