**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HWA, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**WACKENHUT SERVICES, INC.,**<br><br>**Defendant-Intervenor.** | **No. 07-615 C** |

**CONSENT MOTION FOR LEAVE TO CHANGE ATTORNEY OF RECORD**
**FOR DEFENDANT-INTERVENOR WACKENHUT SERVICES, INC.**

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, Defendant-Intervenor Wackenhut Services, Inc. ("WSI") respectfully moves the Court to change its attorney of record. The new attorney of record will be Richard J. Webber, the person signing this Motion. William W. Goodrich, Jr., the current attorney of record, will continue to represent WSI in this matter in an "of counsel" capacity.

An Affidavit of Appointment accompanies this Motion.

The undersigned is advised, and is authorized to state, that the Plaintiff and the Government have no objection to this Motion.

Respectfully submitted,

s/ Richard J. Webber

Richard J. Webber
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6254 Fax: 202-857-6395

Counsel for Wackenhut Services, Inc.

August 28, 2007

I consent.

s/ William W. Goodrich, Jr.