**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HWA, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**WACKENHUT SERVICES, INC.,**<br><br>**Defendant-Intervenor.** | **No. 07-615 C** |

**AFFIDAVIT OF APPOINTMENT**

I, Richard J. Webber, hereby state that the Defendant-Intervenor in this action, Wackenhut Services, Inc. ("WSI"), has appointed me to be the newly designated attorney of record in this matter.

I state under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

s/ Richard J. Webber

Richard J. Webber
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6254 Fax: 202-857-6395

Counsel for Wackenhut Services, Inc.

August 28, 2007