**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HWA, INC., | ) | |
| Plaintiff, | ) | Bid Protest |
| v. | ) | No. 07-615-GWM |
| THE UNITED STATES, | ) | (Judge G. Miller) |
| Defendant, | ) | |
| and | ) | |
| WACKENHUT SERVICES, INC., | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Please take notice that, pursuant to this Court's August 22, 2007 Order, the defendant filed a CD-ROM version of the administrative record for this case on August 28, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

August 29, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 29, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK