# In the United States Court of Federal Claims

| | |
|---|---|
| HWA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>WACKENHUT SERVICES, INC.,<br><br>Defendant-Intervenor. | **No. 07-615 C**<br><br>**Filed September 5, 2007** |

**ORDER**

On September 5, 2007, plaintiff HWA, Inc. ("HWA") filed and served an application for access to information under protective order by Matthew C. Hoyer (docket entry 27), outside counsel to HWA. Mr. Hoyer is an attorney with the law firm of Garvey Schubert Barer and is a member of the bar of the United States Court of Federal Claims. Mr. Hoyer functions solely as legal counsel for HWA and is not involved in competitive decision-making.

Under the protective order (docket entry 12), paragraph 2(a)(i), legal counsel for a party to the lawsuit is to have access to the protected information covered by the protective order. Therefore, HWA's application is **GRANTED**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge