# In the United States Court of Federal Claims

**No. 07-615 C**

**HWA, INC.,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**WACKENHUT SERVICES, INC.,**
**Defendant-Intervenor.**

**JUDGMENT**

Pursuant to the court's Opinion and Order, filed September 26, 2007, denying plaintiff's Motion for Judgment on the Administrative Record, granting defendant's and defendant-intervenor's Motions for Judgment on the Administrative Record, and denying plaintiff's Motion for Preliminary Injunction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant.

Brian Bishop
Clerk of Court

**September 26, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.